IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Leonard G. Dorsey
Full name and prison number of plaintiff(s)

v.

Covington County, Al
Frank L. McGuire, III
Greg Gamble
Greg White "othee"
Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:11CV501-1D
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____
      
      Defendant(s) _____
   
   2. Court (if federal court, name the district; if state court, name the county)
      _____
   
   3. Docket No. _____
   
   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail 290 Hillcrest Dr., Andalusia, Al 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Frank L. McGuiee, III | |
| 2. | Covington Co. | |
| 3. | Greg White | |
| 4. | Greg Gamble | |
| 5. | Dennis Meeks | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Jan, 03, 09 To June 14, 2010

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 8th Amendment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Jailing Indigent defendant for none Jailable offense for 18 mths
McKinney V. Ohio Department of Rehabilitation & Correction, #09AP-960, 2010 Ohio Lexus

-2-

GROUND TWO: 14th Amendment

SUPPORTING FACTS: Punishment Did not fit the Crime a total of 37 mths was served an same charges

GROUND THREE: 5th Amendment

SUPPORTING FACTS: Plaintiff was charged twice for same offense

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Leonard R Dursy*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 06/22/11
(date)

*Leonard R Dursy*
Signature of plaintiff(s)

Linda Harp
Notary Public

My Commission Expires Aug. 1, 2014

-3-

Leonard E. Dorsey
P.O. Bx 34
Reverfalls Al. 36476

MONTGOMERY AL 361
23 JUN 2011 PM 3 T



4099525310506

Middle District of Alabama
Office of the
Clerk, United States District ct
P.O. Bx 711
36101$0771 Montgomery, Al 36101-0711