IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY,    )<br>                       )<br>    Plaintiff,       )<br>                       )       CIVIL ACTION NO.<br>    v.                 )         2:11cv501-MHT<br>                       )             (WO)<br>COVINGTON COUNTY, ALABAMA, )<br>et al.,                )<br>                       )<br>    Defendants.        ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit challenging the legality of matters associated with his convictions and incarcerations. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of December, 2011.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE