IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LEONARD E. DORSEY,              )
                                )
    Plaintiff,                  )
                                )         CIVIL ACTION NO.
    v.                          )           2:11cv501-MHT
                                )               (WO)
COVINGTON COUNTY, ALABAMA,      )
et al.,                         )
                                )
    Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The United States Magistrate Judge's recommendation (Doc. No. 9) is adopted.

    (2) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 27th day of December, 2011.**

                                                   <u>/s/ Myron H. Thompson</u>
                                        **UNITED STATES DISTRICT JUDGE**