IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **LEONARD E. DORSEY,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv501-MHT |
| | ) | (WO) |
| **COVINGTON COUNTY, ALABAMA,** | ) | |
| **et al.,** | ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The United States Magistrate Judge's recommendation (Doc. No. 9) is adopted.

    (2) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 27th day of December, 2011.**

                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**